August 19, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARTHA ROXANNE CORT, Appellant

NO. 14-14-00569-CV                          V.

DAGNEE MCKINNEY AND LEROY SIMMS, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 26, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Martha Roxanne Cort.

We further order this decision certified below for observance.